# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                    ltrust@osbornlawpc.com

July 29, 2025

> **MEMO ENDORSED**
>
> *[Signature]*
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> Dated: 7/30/2025
>
> The Court ADOPTS the parties' proposed briefing schedule.
>
> The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 11.

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

         Re:      *Gonzalez v. Commissioner of Social Security*
                     <u>Civil Action No. 1:25-cv-03822-VF</u>

Dear Judge Figueredo,

      We write on behalf of our client, Luz Minerva Gonzalez, with the consent of the defense, to request a 90-day extension of time to file her motion for judgment on the pleadings which is currently due on August 7, 2025, per the Court's Standing Scheduling Order. This is the parties' first request for an extension. The plaintiff requests this extension due to a heavy caseload over the next several weeks and scheduled vacation.

      After conferring with the defendant, the parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **November 6, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **February 4, 2026**; and

- Plaintiff to file her reply, if any, on or before: **February 18, 2026.**

Honorable Valerie Figueredo
July 29, 2025
Page Two

Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                s/Daniel A. Osborn
                                                Daniel A. Osborn
                                                OSBORN LAW, P.C.
                                                43 West 43rd Street, Suite 131
                                                New York, New York 10036
                                                Telephone:   212-725-9800
                                                Facsimile:    212-500-5115
                                                dosborn@osbornlawpc.com

cc: Padma Ghatage, Esq. (by ECF)